IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:97CR3035 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT |
| JOSE G. BURCIAGA, | ) | PREJUDICE |
| ELVERA BURCIAGA, | ) | THE INDICTMENT |
| | ) | AGAINST DEFENDANTS |
| Defendants. | ) | JOSE G. BURCIAGA AND |
| | ) | ELVERA BURCIAGA |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment regarding Defendants, JOSE G. BURCIAGA and ELVERA BURCIAGA, pursuant to Motion of the United States (Filing No. 50 ).

DATED this 3rd day of July, 2006.

BY THE COURT:

s/ WARREN K. URBOM
United States District Judge